UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

EDUARDO CORNEJO FONSECA,

Petitioner,

v.

KRISTEN SULLIVAN, Field Office Director of Enforcement and Removal Operations, ATLANTA Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; WILLIE THOMAS, Warden of IRWIN DETENTION CENTER,

Respondents.

Case No. 7:26-cv-87-WLS-ALS

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**WHEREAS,** Petitioner has an Order for Removal; and

**WHEREAS,** Parties have waived appeal.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed, without

STIPULATION OF VOLUNTARY DISMISSAL OF ACTION

prejudice against the Respondents pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATED this 27th day of April, 2026.

SO ORDERED this 4th day
of May, 2026

W. Louis Sands, Sr. Judge
United States District Court

/s/ Sarah P. Cornejo, Esq.
Sarah P. Cornejo, Esq.
Attorney for Petitioner
Georgia Bar No. 641971
Sarah Cornejo Law, LLC
3380 Trickum Rd, 1100
Woodstock, Georgia 30188
Telephone: 770-709-5955
Email: Sarah@scornejolaw.com

/s/ Michael P. Morrill, Esq.
Michael P. Morrill, Esq.
Attorney for Respondents
Georgia Bar No. 545410
United States Attorney's Office
Middle District of Georgia

P. O. Box 2568
Columbus, GA  31902
Telephone: (706) 649-7700
Email: michael.morrill@usdoj.gov

STIPULATION OF VOLUNTARY DISMISSAL OF ACTION